IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BATH AUTHORITY, LLC, d/b/a DREAMLINE, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 3:19-cv-0762-K |
| ASTON GLOBAL, INC., | § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated December 3, 2019. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Dreamline's Motion for Preliminary Injunction and Expedited Discovery (ECF No. 13), is hereby DENIED

**SO ORDERED.**

Signed December 18th, 2019.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1